From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. DOUGLAS D. BUCKMAN,. Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on February 2, 1968, was fully heard and after a careful consideration of the entire matter it is. decided that:

(1) This sentence be reduced from 10 years to 5 years, on each count.

The reason for the above decision is that it appears that this is. the first offense of the defendant and there is extensive evidence indicating there is an excellent chance for rehabilitation. This reduc-- tion will make him eligible for parole in December of 1968

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman, Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. CECIL CHAPPEL, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 20 years, imposed on May 13, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) This sentence be reduced from 20 years to 12½ years.

The reason for the above decision is that it appears that this prisoner has made an outstanding adjustment since incarceration. From all the evidence introduced it would appear that he is an ex- cellent risk for rehabilitation and this reduction of sentence will en- able him to be considered for parole in the immediate future.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.